# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**KEON DAVID THOMAS,** :
:
**Plaintiff** : **CIVIL ACTION NO. 3:19-0851**
:
v :
: **(JUDGE MANNION)**
**R. VANCE,** :
:
**Defendants** :
:

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **GRANTED**.

2. The complaint is **DEEMED FILED**.

3. Plaintiff's action is **DISMISSED**, without prejudice, as legally frivolous under 28 U.S.C. §1915(e)(2)(B)(i).

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good cause.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: July 10, 2019**
19-0851-01-ORDER